# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCIA DAY DONDIEGO, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> LEHIGH COUNTY BOARD OF ELECTIONS, *et al.*, <br>     Defendants. | : <br> : <br> : <br> :    Civil No. 5:22-cv-02111-JMG <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 3rd day of June, 2022, upon consideration of the email correspondence from counsel dated June 3, 2022, it is hereby **ORDERED** that an in-person evidentiary hearing is scheduled for **Wednesday, June 8, 2022, at 9:00 a.m.**, in the Edward N. Cahn Federal Building, in Courtroom 4B, United States District Court located at 504 West Hamilton Street, Allentown, Pennsylvania 18104.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge