# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTHANN BAUSCH, MARCIA DAY DONDIEGO, JUDITH REED, RHODA EMEFA AMEDEKU, DANIEL STROHLER, SHARON STROHLER, BERNARD BOAKYE BOATENG, LORI RIEKER, and LISA DANNER, <br><br>                Plaintiffs, <br>    v. <br><br>LEHIGH COUNTY BOARD OF ELECTIONS, NORTHAMPTON COUNTY BOARD OF ELECTIONS, and LEIGH M. CHAPMAN, in her capacity as Secretary of the Commonwealth of Pennsylvania, <br><br>                Defendants. | No. 22-cv-02111-JMG |

### INTERVENOR-PLAINTIFF NICK MILLER'S PROPOSED JOINDER IN PLAINTIFFS' COMPLAINT FOR DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF

Intervenor-Plaintiff Nick Miller, by and through his undersigned counsel, hereby joins Plaintiffs' Complaint for Declaratory and Emergency Injunctive Relief as follows:

### I. INTRODUCTION

1. Admitted upon information and belief. Answering further, Intervenor-Plaintiff Miller states that, upon information and belief, the 260 votes identified by Plaintiffs in their Complaint have not been counted in the unofficial results by the Lehigh County and Northampton County Boards of Elections. Intervenor-Plaintiff Miller is without knowledge or information sufficient to form a belief as to whether there are additional other ballots that fall into the categories identified by Plaintiffs. Intervenor-Plaintiff Miller reserves the right to assert that all ballots that fall into the categories identified by Plaintiffs should be counted.

2.  Admitted upon information and belief. Answering further, Intervenor-Plaintiff Miller states that, upon information and belief, Plaintiffs Ruthann Bausch, Marcia Day Dondiego, Judith Reed, and Rhoda Emefa Amedeku are among voters whose mail-in ballots will not count because they were not placed in a "secrecy envelope" before being returned to the Lehigh County and Northampton County Boards of Elections. Intervenor-Plaintiff Miller is without knowledge or information sufficient to form a belief as to whether there are additional more Democratic voters than the 94 in Lehigh County and 23 in Northampton County whose mail-in ballots will not count because they were not placed in a "secrecy envelope" before being returned to the Lehigh County and Northampton County Boards of Elections. Intervenor-Plaintiff Miller reserves the right to assert that all ballots that fall into the categories identified by Plaintiffs should be counted.

3.  Admitted upon information and belief. Answering further, Intervenor-Plaintiff Miller states that, upon information and belief, Plaintiffs Daniel Strohler, Sharon Strohler, Bernard Boakye Boateng, Lori Reiker, and Lisa Danner are among voters whose mail-in ballots will not count because they were returned after the date of the primary election but before the deadline for military and overseas ballots. Intervenor-Plaintiff Miller is without knowledge or information sufficient to form a belief as to whether there are additional more Democratic voters than the 118 in Lehigh County and 25 in Northampton County whose mail-in ballots will not count because they were returned after the date of the primary election but before the deadline for military and overseas ballots. Intervenor-Plaintiff Miller reserves the right to assert that all ballots that fall into the categories identified by Plaintiffs should be counted.

4–5.  Admitted.

## II. JURISDICTION AND VENUE

6–9.  Admitted.

**III.   PARTIES**

10–13. Admitted upon information and belief.

14–16. Admitted.

**IV.   FACTS**

17. Admitted upon information and belief. Intervenor-Plaintiff Miller is without knowledge or information sufficient to form a belief as to whether there are more than 117 Democratic in the Fourteenth Senatorial District whose mail-in ballots will not count because they were not placed in a "secrecy envelope" before being returned to the Lehigh County and Northampton County Boards of Elections. Intervenor-Plaintiff Miller reserves the right to assert that all ballots that fall into the categories identified by Plaintiffs should be counted.

18. Admitted upon information and belief. Intervenor-Plaintiff Miller is without knowledge or information sufficient to form a belief as to whether there are more than 143 Democratic voters in the Fourteenth Senatorial District whose mail-in ballots will not count because they were returned after the date of the primary election but before the deadline for military and overseas ballots. Intervenor-Plaintiff Miller reserves the right to assert that all ballots that fall into the categories identified by Plaintiffs should be counted.

19. Admitted upon information and belief.

20–38. Admitted.

**V.   CLAIMS**

39–86. Admitted.

**WHEREFORE**, Intervenor-Plaintiff Nick Miller respectfully requests that this Court grant the relief requested in the Complaint for Declaratory and Emergency Injunctive Relief for

any and all ballots that fall into the categories at issue in the Complaint for Declaratory and Emergency Injunctive Relief.

Respectfully submitted,

/s/ *Timothy J. Ford*
Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel.: (215) 575-7017
Fax: (215) 575-7200
tford@dilworthlaw.com
*Attorney for Intervenor-Plaintiff Nick Miller*

Dated:      June 7, 2022