# Be sure to follow the directions!

Return your ballot as early as possible. Your ballot must be received by the Northampton County Elections Department by 8pm on Election Day.



### Mark your ballot
- Use black or blue pen to fill in the ovals completely.
- Verify your selections carefully.



### Pack and seal it
1. Put your ballot in the plain white secrecy envelope that says <u>"Official Election Ballot"</u> and seal it. *Do not mark this envelope at all or your ballot may not count.* **Ballots not in the secrecy envelope will NOT be counted.**
2. Put the secrecy envelope in the pre-addressed <u>return</u> envelope.



### Sign and date it
- Sign and date the voter's declaration on the back of the <u>return</u> envelope or your vote will not be counted.



### Return it
- By mail
- In person—Drop your ballot off at the Northampton County Elections Office.

**Remember:** If you plan to deliver your ballot in person, you must deliver it yourself. If you have a disability that prevents you from delivering your ballot yourself, contact us right away.

If you receive an absentee or mail-in ballot and return your voted ballot by the deadline, you may not vote at your polling place on election day. If you are unable to return your voted absentee or mail-in ballot by the deadline, you may only vote a provisional ballot at your polling place on election day, unless you surrender your absentee or mail-in ballot and envelope to the judge of elections to be voided to vote on the voting machine.

---

### Northampton County Department of Elections
610-829-6260
elections@NorthamptonCounty.org
NorthamptonVotes.com

669 Washington St.
Easton, PA 18042
Monday-Friday 8:30-4:30