# EXHIBIT E

Drop boxes for mail ballots will be available for residents at five select municipal buildings in Lehigh County beginning May 2, 2022. On September 17th, 2020, the Supreme Court of Pennsylvania ruled that drop boxes will be allowed for the upcoming Elections. As a result, the Lehigh County Election Board finalized that five boxes will be available at the following locations:

| District #1 | District #2 | District #3 |
|---|---|---|
| Whitehall Township Municipal Building<br><br>3219 MacArthur Road, Whitehall, PA 18052<br>610-437-5524<br>M-F 8:00AM- 4:00PM | Lehigh County Authority (LCA) Lobby<br><br>1053 Spruce Road, Allentown, PA 18106<br>610-398-2503<br>M-F 8:15AM- 4:45PM | Fountain Hill Borough Building<br><br>941 Long Street, Fountain Hill, PA 18015<br>610-867-0301<br>M-F 8:30AM- 4:30PM |
| **District #4**<br>Lehigh County Government Center<br><br>17 South 7th Street, Allentown, PA 18101<br>610 782-3194<br>24/7 Drop Box Main Entrance | **District #5**<br>Macungie Borough Building<br><br>21 Locust Street, Macungie, PA 18062<br>610-966-2503<br>M-F 8AM-4PM | |

All locations will have drop boxes inside the building and will be available for use during normal municipal business hours. Ballots can be dropped off at these locations instead of by mail or by handing them to a Voter Registration Office employee. The drop box available at the Lehigh County Government Center will be available 24/7.

**YOU MAY ONLY DROP OFF YOUR BALLOT**.
Certificate of Designated Agent forms can be found at **www.vote.pa.gov**  This will allow you to drop off someone else's ballot if they are physically unable to do so.  Each drop box location will be monitored via electronic surveillance.
**All ballots must be enclosed in the Secrecy mailing envelope before being sealed in the mailing envelope. Secrecy envelopes cannot have any identifying marks.  Mailing envelope must be *SIGNED & DATED*.  Any ballots that fail to do this will not be counted.**