EXHIBIT F

Sign In (https://www.northamptoncounty.org/CTYADMN/ELECTNS/_layouts/15/Authenticate.aspx?

Source=%2FCTYADMN%2FELECTNS%2FPages%2FAbsenteeVoting%2Easpx)

(/)

Search this site

———— ELECTIONS (/CTYADMN/ELECTNS/) ————

Absentee and Mail-In Voting

Mail-in/Absentee

# BALLOT FORMS:

**Military and Overseas Absentee Voting Process** (http://www.fvap.gov/)

(/CTYADMN/ELECTNS/Documents/UMOVA%20NOTICE%20GE%202021%20ELECTION.pdf)2022 UMOVA Notice of Offices to be placed on the Primary ballot (/CTYADMN/ELECTNS/Documents/PE22%20UMOVA%20NOTICE.pdf)

**Online Ballot Application** (https://www.pavoterservices.pa.gov/OnlineAbsenteeApplication/#/OnlineAbsentee)

**Printable Mail-In Ballot Application** (https://www.vote.pa.gov/Register-to-Vote/Documents/PADOS_MailInApplication.pdf)

**Printable Absentee Ballot Application** (https://www.vote.pa.gov/Voting-in-PA/Documents/Absentee_Ballot_Application.pdf)

**Aplicación en español** (https://www.vote.pa.gov/Register-to-Vote/Documents/PADOS_MailInApplication_Spanish.pdf)

**Annual Mail-in Ballot Cancellation Form** (https://www.vote.pa.gov/Resources/Documents/PADOS_PermStatusCancellationForm.pdf)

**Designated Agent Form** (https://www.vote.pa.gov/Resources/Documents/Authorize-Designated-Agent-for-Mail-in-or-Absentee-Ballot.pdf)

**ID required with your absentee/mail-in ballot application if you are a first time voter in the county.**

PLEASE REMIT ABOVE TO:
**NORTHAMPTON COUNTY**
**ELECTION DIVISION**
**669 WASHINGTON ST.  LOWER LEVEL**
**EASTON PA  18042-7401**
elections@northamptoncounty.org (https://mail.google.com/mail/?view=cm&fs=1&tf=1&to=elections@northamptoncounty.org)

MAKE SURE YOUR VOTE COUNTS - READ THE INSTRUCTIONS INCLUDED WITH YOUR BALLOT!



# DROP BOX LOCATIONS & HOURS:

Back to Top

## Northampton County Courthouse

669 Washington St
Easton, PA 18042
M-F 8:30am-8:00pm

## Northampton County Human Services Building

2801 Emrick Blvd
Bethlehem, PA 18020
M-F 8:30am-7:00pm

## Northampton County 911 Center

100 Gracedale Ave.
Nazareth, PA 18064
M-F 8:30am-8:00pm

## Bethlehem City Hall

10 E. Church St
Bethlehem, PA 18018
M-F 8:00am-4:00pm

Northampton County

669 Washington Street   |   Easton, Pennsylvania 18042   |   (610) 829-6500

Connect

© Copyright 2016 Northampton County   |   Privacy Policy (/Pages/PrivacyPolicy.aspx)   |   Accessibility (/Pages/WebAccessibility.aspx)