IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCIA DAY DONDIEGO, *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> LEHIGH COUNTY BOARD OF ELECTIONS, *et al.*, <br>         Defendants. | Civil No. 5:22-cv-02111-JMG |

**ORDER**

**AND NOW**, this 7th day of June, 2022, upon consideration of the Motion to Intervene filed by the Republican Party of Pennsylvania and the Republican National Committee (collectively, the "Republican Committees") (ECF No. 17), it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 17) is **GRANTED.**

2. The Republican Committees are hereby granted intervenor status as Defendants in this case.

3. The Clerk is directed to file the Republican Committees' Answer and Affirmative Defenses (ECF No. 17-1).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge