# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCIA DAY DONDIEGO, *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:22-cv-02111-JMG |
| | : | |
| LEHIGH COUNTY BOARD OF ELECTIONS, *et al.*, | : | |
| | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of June, 2022, upon consideration of the Motion to Intervene filed by Jarrett Coleman (ECF No. 30), it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 30) is **GRANTED.**

2. Jarrett Coleman is hereby granted intervenor status as a Defendant in this case.

3. The Clerk is directed to file the Answer to Complaint attached as Exhibit 1 to the Motion (ECF No. 30-1).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge