**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**DONDIEGO et al**          :          **CIVIL ACTION**
                                               :
                                               :
                                               :
         **v.**                                    :
                                               :
**LEHIGH COUNTY BOARD OF**     :          **NO. 22-cv-2111**
**ELECTIONS et al**                     :

## <u>O R D E R</u>

       **AND NOW**, this **13th** day of **June 2022**, in accordance with the court's

procedure for assignment of a United States Magistrate Judge to certain District

Court Judges on a rotating basis, it is hereby,

       **ORDERED** the United States Magistrate Judge assigned to the above-

captioned case is <u>Magistrate Judge Pamela A. Carlos</u>.


                                         **FOR THE COURT:**


                                         **JUAN R. SÁNCHEZ**
                                         **Chief Judge**


                                         **ATTEST:**


                                         <u>_/s/George Wylesol_____</u>
                                         GEORGE WYLESOL
                                         **Clerk of Court**