

609 W. Hamilton Street
Suite 301
Allentown, PA 18101

Matthew Mobilio, Esquire
Office: (610) 882-4000
Fax: (866) 793-7665
Email: matt@mobiliowood.com

June 15, 2022

**VIA ELECTRONIC FILING**
United States District Court
Eastern District of Pennsylvania

Re: Dondiego, et al. v. Lehigh County Board of Elections, et al.; Docket No: 22-2111

Dear Judge Schmehl:

Please be advised that the parties have fully and finally settled this matter and respectfully request that this matter be marked settled, discontinued, and dismissed with prejudice. Please feel free to contact our office if you have any questions or concerns.

Respectfully yours,

/s/Matthew Mobilio

Matthew Mobilio

MM/cd
Cc:

**ALLENTOWN**
609 W. Hamilton Street
Suite 301
Allentown, PA 18101
Phone:  (610) 882-4000
Fax: (866) 793-7665

**WILKES-BARRE**
900 Rutter Avenue
Box 24
Forty-Fort, PA 18704
Phone: (570) 234-0442
Fax:  (570) 266-5402

**PHILADELPHIA**
1650 Market Street, St 36000
Philadelphia, PA 19103
Phone:  (215) 695-5764
Fax:  (866) 793-7665